# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| East Penn Children's Learning Academy, LLC, | : | Case No.  20-14646 (PMM) |
| | : | |
| Debtor. | : | |

## ORDER SUSTAINING OBJECTION TO CLAIM 3

**AND NOW** upon consideration of the Debtor's Objection (doc. #100, the "Objection") to Claim Number 3 filed by Robshe Enterprises, LLC (the "Proof of Claim") and the Response (doc. # 103) and Reply (doc. #105) thereto, as well as the Memoranda in support (doc. #'s 111 and 116);

**AND** for the reasons discussed in the accompanying Memorandum Opinion;

It is hereby **ORDERED** that:

1) The Objection is **sustained**;

2) The Proof of Claim is allowed as an unsecured, non-priority claim in the amount of $43,725.86.

Date:  December 3 , 2021

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE